138 A.3d 544

IN THE MATTER OF JOSÉ M. CAMERON, AN ATTORNEY AT LAW (ATTORNEY NO. 015281978).

June 27, 2016.

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–097 of **JOSÉ M. CAMERON** of **PERTH AMBOY,** who was admitted to the bar of this State in 1978;

And the District VIII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *Rule* 5:3–5(b), *RPC* 1.5(a) (unreasonable fee), *RPC* 1.16(d) (failure to return unearned portion of retainer), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *Rule* 5:3–5(b), *RPC* 1.5(a), *RPC* 1.16(d), and *RPC* 8.4(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand-is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VIII–2014–0006E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSÉ M. CAMERON** of **PERTH AMBOY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.